4.   Steam line or hot water line.

5.   Safety controls on high pressure boilers.

**130.3.2 Electrical.** No electrical permit shall be required for work that is exempt from permit requirements in the current National Electrical Code, as adopted by the State of Colorado, or for work that is exempt from permit requirements under the provisions of Title 12, Article 23, Section 111, Colorado Revised Statutes, as amended.

**130.3.3 Plumbing.** No plumbing permit shall be required for:

1.   General repairs in one- and two-family dwellings and townhouse units that do not alter existing systems, including replacement of like units such as bathroom/kitchen sinks, garbage disposals and water closets.

2.   Replacement of sinks, garbage disposals and water closets with like units; faucet and trap replacement or repair in commercial buildings. Permit shall be required for all other plumbing work in commercial buildings.

## SECTION 131
## PERMIT APPLICATION AND ISSUANCE

**131.1   Application.** The owner or the owner's agent shall apply for a permit on forms furnished by the Agency. The applicant should exercise care in completing the necessary information, especially addresses, as permits are nontransferable, unless the address change is approved by the *building official*.

> **Exception:** The Agency may correct minor errors in the address if the change can be made on all copies of the permit and initialed by the inspector.

**131.2   Expiration of Application.** If no permit is issued within 180 days following the most recent Agency review on the submittal, the application shall expire, and plans and other data submitted for review may thereafter be disposed of by the *Agency*. The *building official* may extend the time for action by the applicant for a period not exceeding 180 days upon approval of written request showing that circumstances beyond the applicant's control have prevented action from being taken. An additional extension of 60 days may be granted by the *building official* upon written request due to extenuating circumstances beyond the applicant's control and not previously relevant to the timeline of the project.  Furthermore, the application shall expire if the plan review fee is not paid within 45 days of the Agency notifying the applicant that the fee is ready to pay.  To renew action on an application after expiration, the applicant shall submit a new application with the design plans complying with the Code in effect at the time of the new application and pay a new plan review fee.

**131.3   Issuance of Permits.** The Agency shall issue permits to perform *approved* work shown on submitted documents and as specified on the permit, when all phases of the project conform to the requirements of this Code and those of the Department of Transportation and Infrastructure, Zoning Administration, Denver Department of Public Health and Environment, Denver Water, Denver International Airport, the Denver Fire Department, applicable Section 138 fees associated with the permit have been paid, and the permit is issued, as appropriate, to:

1.   A contractor licensed or registered under Section 121.

2.   A homeowner(s) or legally authorized agent applying for a permit under Subsection 131.4.

3.   The owner or owner's agent of a Group R-1, R-2, R-3, or R-4 occupancy building installing battery-operated smoke detectors.

**EXHIBIT A**

4.  An owner or owner's agent to establish a new Certificate of Occupancy when no construction work is to be done.

**131.3.1 Amended construction documents.** Work shall be installed in accordance with the approved construction documents, and any changes made during construction that are not in compliance with the approved construction documents shall be resubmitted for approval as an amended set of construction documents and based on the Code in effect at the time of original construction drawing application submittal to the Agency.

**131.4    Homeowner (owner-occupier) permits.**

**131.4.1 Definitions:**

**DESIGNATED WORKER.** The individual who will be assisting the owner-occupier with the owner-occupier permitted work and may assist the owner-occupier with the owner-occupier exams required by item #1 of Section 131.4.2. This individual cannot accept payment from the owner-occupier for services rendered without written request and approval from the *building official*. The individual who will be assisting the owner-occupier must be identified on the owner-occupier permit.

**OWNER-OCCUPIER.** The natural person listed in the Assessor's records who owns and occupies a single-unit dwelling, or who owns and occupies such single-unit dwelling they wish to construct.

**SINGLE-UNIT DWELLING.** The primary (stand-alone) structure, housing a single dwelling unit which is the domicile for the owner-occupier. Duplexes, townhouse units, condominiums, apartments, and commercial buildings are not single-unit dwellings. Note: For the purposes of this section, accessory dwelling units are not considered single-unit dwellings.

**131.4.2 Permits.** Permits may be issued to the owner-occupier of a single-unit dwelling in the following circumstances:

1.  The owner-occupier must be the individual seeking the permit and submitting to take the exam. An individual who has been granted Power of Attorney by the natural person who owns and occupies the single-unit dwelling may apply for a permit in the owner-occupier's name, by providing the original, City Clerk recorded Power of Attorney to the permitting staff. However, this individual who has been granted Power of Attorney may not assist with the exam or perform the work unless they are the designated worker.

2.  The owner-occupier of an existing single-unit dwelling may be issued permits and conduct work on their own single-unit dwelling and accessory structures, but excluding accessory dwelling units and excavations and shoring more than 4-feet in depth, after passing discipline-specific exams.

3.  The owner-occupier of an existing single-unit dwelling may be issued permits and conduct all work in the construction of new accessory structures (including detached garages but excluding accessory dwelling units) after passing all applicable discipline specific exams. Such permits shall only be issued to a person previously named on a permit as an owner-occupier once in any five (5) year period.

4.  The owner-occupier, who intends to construct a new single-unit dwelling, may be issued permits and conduct work on their new dwelling after passing all applicable discipline-specific exams. Such permits shall only be issued to a person previously named on a permit as an owner-occupier once in any five (5) year period.  Excavation and shoring more than 4-feet in depth shall be conducted by an appropriately licensed contractor.

**EXHIBIT A**