IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-1681-PAB-TPO

redT HOMES, LLC and redT CAPITAL PARTNERS, LLC

Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,

Defendant.

## DECLARATION OF MIKAELA FIRNHABER

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the Residential Plan Review Supervisor in the City and County of Denver's Department of Community Planning and Development ("CPD"). I have been the Residential Plan Review Supervisor since June 26, 2019.

2. As the Residential Plan Review Supervisor my duties include administering the City and County of Denver's building and zoning codes, and leading a team of code professionals responsible for reviewing building and zoning permit applications for one- and two- family developments to verify building and zoning code compliance.

3. Specifically, as the Residential Plan Review Supervisor, I am aware of and knowledgeable in CPD's permitting system, and am able to determine the status of development permits submitted to CPD, and whether a building permit is ready to be issued.

4. I have reviewed CPD's permitting system on August 22, 2025 for the permit submittal

**EXHIBIT B**

for 1245 West Gill Place in Denver, Colorado, and determined that the building permit for this address cannot be issued at this time because the following items need to be addressed by the permit applicant:

    a.    Complete the zone lot amendment being reviewed as application number 2023-ZLAM-0000117.

    b.    Complete the West Gill Place right-of-way (ROW) land conveyance being reviewed as application number 2024-DEDICATION-0000167 and application number 2023-ZLAM-0000117.

    c.    Obtain approval of the Transportation Engineering Plan being reviewed as application number 2024-TRAN-0000284.

    d.    Update construction documents to address transportation review comments.

    e.    Update construction documents to address sewer use and drainage permit review comments.

    f.    Obtain storm and sanitary plan review approval from wastewater engineering.

    g.    Provide a written response to the forestry review comments.

    h.    Update construction documents to address energy review comments.

    i.    Update construction documents to address zoning review comments.

    j.    Complete the zone lot amendment to obtain zone lot verification review approval.

    k.    Add a contractor license to each building permit.

    l.    Pay all applicable fees.

**EXHIBIT B**

5. I have reviewed CPD's permitting system on August 22, 2025 for the permit submittal for 1251 West Gill Place in Denver, Colorado, and determined that the building permit for this address cannot be issued at this time because the following items need to be addressed by the permit applicant:

  a. Complete the zone lot amendment being reviewed as application number 2023-ZLAM-0000117.

  b. Complete the West Gill Place right-of-way (ROW) land conveyance being reviewed as application number 2024-DEDICATION-0000167 and application number 2023-ZLAM-0000117.

  c. Obtain approval of the Transportation Engineering Plan being reviewed as application number 2024-TRAN-0000284.

  d. Update construction documents to address transportation review comments.

  e. Update construction documents to address sewer use and drainage permit review comments.

  f. Obtain storm and sanitary plan review approval from wastewater engineering.

  g. Update construction documents to address energy review comments.

  h. Update construction documents to address zoning review comments.

  i. Complete the zone lot amendment to obtain zone lot verification review approval.

  j. Add a contractor license to each building permit.

  k. Pay all applicable fees.

EXHIBIT B

6. I have reviewed CPD's permitting system on August 22, 2025 for the permit submittal for 1255 West Gill Place in Denver, Colorado, and determined that the building permit for this address cannot be issued at this time because the following items need to be addressed by the permit applicant:

   a. Complete the zone lot amendment being reviewed as application number 2023-ZLAM-0000117.

   b. Complete the West Gill Place right-of-way (ROW) land conveyance being reviewed as application number 2024-DEDICATION-0000167 and application number 2023-ZLAM-0000117.

   c. Obtain approval of the Transportation Engineering Plan being reviewed as application number 2024-TRAN-0000284.

   d. Update construction documents to address transportation review comments.

   e. Update construction documents to address sewer use and drainage permit review comments.

   f. Obtain storm and sanitary plan review approval from wastewater engineering.

   g. Update construction documents to address energy review comments.

   h. Update construction documents to address zoning review comments.

   i. Complete the zone lot amendment to obtain zone lot verification review approval.

   j. Add a contractor license to each building permit.

   k. Pay all applicable fees.

**EXHIBIT B**

7. I have reviewed CPD's permitting system on August 22, 2025 for the permit submittal for 1261 West Gill Place in Denver, Colorado, and determined that the building permit for this address cannot be issued at this time because the following items need to be addressed by the permit applicant:

    a. Complete the zone lot amendment being reviewed as application number 2023-ZLAM-0000117.

    b. Complete the West Gill Place right-of-way (ROW) land conveyance being reviewed as application number 2024-DEDICATION-0000167 and application number 2023-ZLAM-0000117.

    c. Obtain approval of the Transportation Engineering Plan being reviewed as application number 2024-TRAN-0000284.

    d. Update construction documents to address transportation review comments.

    e. Update construction documents to address sewer use and drainage permit review comments.

    f. Obtain storm and sanitary plan review approval from wastewater engineering.

    g. Update construction documents to address zoning review comments.

    h. Complete the zone lot amendment to obtain zone lot verification review approval.

    i. Add a contractor license to each building permit.

    j. Pay all applicable fees.

**EXHIBIT B**

8.  I have reviewed CPD's permitting system on August 22, 2025 for the permit submittal for 2140 South Sherman Street in Denver, Colorado, and determined that the building permit for this address cannot be issued at this time because the following items need to be addressed by the permit applicant:

   a.  Obtain a demolition permit and complete demolition of existing duplex and detached garage.

   b.  Complete the zone lot amendment being reviewed as application number 2024-ZLAM-0000073.

   c.  Update construction documents to address forestry review comments.

   d.  Update construction documents to address residential review comments.

   e.  Update construction documents, complete sewer service line cutoffs, and submit an easement conveyance form to address sewer use and drainage permit review comments.

   f.  Update construction documents to address zoning review comments.

   g.  Complete the zone lot amendment to obtain zone lot verification review approval.

   h.  Add a contractor license to each building permit.

   i.  Pay all applicable fees.

9.  I have reviewed CPD's permitting system on August 22, 2025 for the permit submittal for 2144 South Sherman Street in Denver, Colorado, and determined that the building permit for

**EXHIBIT B**

EXHIBIT B

this address cannot be issued at this time because the following items need to be addressed by the permit applicant:

    a.    Obtain a demolition permit and complete demolition of existing duplex and detached garage.

    b.    Complete the zone lot amendment being reviewed as application number 2024-ZLAM-0000073.

    c.    Update construction documents to address forestry review comments.

    d.    Update construction documents to address residential review comments.

    e.    Update construction documents, complete sewer service line cutoffs, and submit an easement conveyance form to address sewer use and drainage permit review comments.

    f.    Update construction documents to address zoning review comments.

    g.    Complete the zone lot amendment to obtain zone lot verification review approval.

    h.    Add a contractor license to each building permit.

    i.    Pay all applicable fees.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 22nd day of August 2025

*Mikaela Firnhaber*

Mikaela Firnhaber