tenure, number of units and building heights of the prototypes are summarized in **Table 1**.

| Table 1 Summary of Development Prototypes Denver Nexus Housing Study | | | | |
|---|---|---|---|---|
| **Residential Prototypes** | **Total Hsg. Units** | **Residential Tenure** | **Appx. Bldg. Stories** | **Density (DUs/Acre)** |
| SFD Infill | 1 | Owner | 2 Stories | 7 |
| Townhomes | 10 | Owner | 3 Stories | 44 |
| 12-Story Condominium | 232 | Owner | 12 Stories | 233 |
| 5-Story Apartment | 300 | Rental | 5 Stories | 100 |
| 20-Story Apartment | 285 | Rental | 20 Stories | 475 |
| **Non-Residential Prototypes** | **Net Bldg. SF** | | **Appx. Bldg. Stories** | **Density (FAR)** |
| Mid-Rise Office | 64,000 | | 5 Stories | 2.5 |
| High-Rise Office | 128,000 | | 12 Stories | 5.0 |
| Hotel | 50,000 | | 4 Stories | 0.7 |
| Stand-Alone Retail | 25,000 | | 1 Story | 0.2 |
| Warehouse | 250,000 | | 1 Story | 0.4 |
| Manufacturing* | 100,000 | | 1 Story | 0.4 |

*Used in nexus analysis only; not analyzed in the economic feasibility analysis.
Source: City of Denver; DRA.

## Findings of the Nexus Fee Analysis

The nexus fee analysis estimates the number of low and moderate income households associated with development of new market-rate housing and non-residential development in the City, and calculates the maximum legally justifiable nexus fee based on the cost to produce housing affordable to these households. **Table 2** summarizes the estimated maximum legally justifiable nexus fees for the residential prototypes and non-residential land uses.

Residential nexus fees were estimated under low-, middle- and high-cost scenarios reflecting the range of estimated home prices and rents for the prototypes. For the



low- and mid-rise prototypes, these scenarios represent the range of market conditions found in different areas of the City. For the high-rise prototypes, these scenarios represent an estimated range of assumptions for the Downtown area. The nexus fees in Table 2 reflect the middle-cost scenario.

| | Table 2 Estimated Maximum Legally Justifiable Nexus Fees[1] Residential and Non-Residential Development Prototypes[2] Denver Affordable Housing Nexus Fee and Economic Impact Analysis | | | | |
|---|---|---|---|---|---|
| | Nexus Fee per Gross Square Foot | | | | |
| Prototype | Under 30% AMI | 30% to 60% AMI | 60% to 80% AMI | 80% to 120% AMI | Total |
| SFD Infill | $3.17 | $5.31 | $1.12 | $0.00 | $9.60 |
| Townhomes | $5.09 | $8.61 | $1.75 | $0.00 | $15.45 |
| 12-Story Condominium | $6.10 | $10.32 | $2.10 | $0.00 | $18.52 |
| 5-Story Apartment | $5.19 | $9.01 | $1.82 | $0.00 | $16.02 |
| 20-Story Apartment | $6.36 | $10.90 | $2.19 | $0.00 | $19.44 |
| Office | $11.17 | $32.72 | $12.86 | $0.00 | $56.74 |
| Hotel | $40.85 | $37.20 | $4.97 | $0.00 | $83.02 |
| Stand-Alone Retail | $63.40 | $46.09 | $9.81 | $0.00 | $119.29 |
| Warehouse | $6.59 | $17.47 | $4.45 | $0.00 | $28.51 |
| Manufacturing* | $6.17 | $17.00 | $6.39 | $0.00 | $29.57 |

[1] For residential prototypes, nexus fees represent the middle-cost scenario.
[2] For primary use listed; some prototypes include ground floor retail.
*Used in nexus analysis only; not analyzed in economic feasibility analysis.
Source: DRA

## Findings of the Economic Feasibility Analysis

DRA prepared an economic feasibility analysis to assist the City in evaluating the potential impact of a nexus fee on new residential and non-residential development in Denver. DRA conducted the economic analysis using the residential and non-residential development prototypes described above. [1]

As noted above, DRA interviewed a number of residential and mixed-use developers active in Denver and participating in the Residential and Commercial

---

[1] No economic feasibility analysis was conducted for manufacturing uses.



Denver Affordable Housing Nexus Study  September 8, 2016
3

**EXHIBIT C**