## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| redT HOMES, LLC and redT CAPITAL PARTNERS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF DENVER,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:25-CV-01681-PAB-TBO |

## JOINT STATUS REPORT

Pursuant to the Court's Order made at the Scheduling Conference on September 4, 2025, the Parties, through the undersigned, submit this joint Status Report:

The Parties have each served and answered an initial round of written discovery requests.

There are minor objections to the form of certain discovery responses which are being resolved informally among the Parties.

The Parties are awaiting the Court's ruling on the Defendant's Motion to Dismiss the Second Amended Complaint. The Parties do not anticipate conducting further discovery until that ruling is issued, although the Parties are independently considering and consulting potential expert witnesses in anticipation of the January 10, 2026, deadline to designate affirmative experts.

1

The Parties do not believe that the upcoming Status Conference scheduled for December 9, 2025, is necessary, and therefore recommend that the Conference be vacated.

DATED: December 2, 2025.

Respectfully submitted,

/s/ Adam C. Hernandez
ADAM C. HERNANDEZ
Assistant City Attorney
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
(720) 913-3275
adam.hernandez2@denvergov.org

Counsel for Defendant the City and
County of Denver

/s/ David J. Deerson
DAVID J. DEERSON
CA Bar No. 322947
AUSTIN W. WAISANEN
WY Bar No. 8-7023
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
(202) 888-6881
AWaisanen@pacificlegal.org
DDeerson@pacificlegal.org

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ David J. Deerson*
DAVID J. DEERSON
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
(202) 888-6881
DDeerson@pacificlegal.org

*Counsel for Plaintiffs*
